UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | FILED |
| v. | : | CIVIL NO: 3:01CV01052 (AVC) |
| | | 2004 MAR 26 P 2: |
| Penny A. McDonald-Withrow, | : | |
| Defendant. | : | March 24, 2004 |

## SATISFACTION OF JUDGMENT

The judgment in the above-captioned case has been paid in full, the Clerk of the United States District Court for the District of Connecticut is hereby authorized and empowered to satisfy and cancel said judgment of record.

RESPECTFULLY SUBMITTED,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
P. O. BOX 1824
NEW HAVEN, CT 06510
(203) 821-3700
FEDERAL NO. CT03393

## C E R T I F I C A T I O N

This is to certify that a copy of the within and foregoing Satisfaction of Judgment was mailed, postage prepaid, on March 25, 2004.

Penny A. McDonald-Withrow
319 Main St.
Cromwell, CT  06416-2306

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY